TRINETTE G. KENT (State Bar No. 222020)
Of Counsel in Arizona and California
Lemberg Law, LLC
1333 Stradella Road
Los Angeles, CA 90077
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

David Meske, *on behalf of himself and all others similarly situated,*

                    Plaintiff,

          vs.

Comenity LLC

                    Defendant.

Case No.: 2:16-cv-08118-DSF-FFM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff David Meske ("Plaintiff") and defendant Comenity Bank, erroneously sued and served as Comenity LLC, ("Defendant") submit this stipulation to dismiss Plaintiff's individual claims with prejudice and the putative class members' claims without prejudice.

Each party to bear their own costs and expenses.

**LEMBERG LAW, LLC**

Dated:  July 31, 2017

s/Trinette G. Kent

Trinette G. Kent, of Counsel
*Attorneys for Plaintiff,*
*David Meske*

**CARLSON & MESSER LLP**

Dated:  July 31, 2017

s/David J. Kaminski

David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendant,*
*Comenity Bank, erroneously sued*
*and served as Comenity LLC*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Trinette G. Kent, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii).  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation provided their authority and concurrence to file that document.

**LEMBERG LAW, LLC**

Dated:  July 31, 2017

s/Trinette G. Kent
Trinette G. Kent, of Counsel
*Attorneys for Plaintiff,*
*David Meske*