TRINETTE G. KENT (State Bar No. 222020)
Of Counsel in Arizona and California
Lemberg Law, LLC
1333 Stradella Road
Los Angeles, CA 90077
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Meske, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>  vs.<br><br>Comenity Bank, *erroneously sued and served as Comenity LLC*,<br><br>    Defendant. | Case No.: 2:16-cv-08118-DSF-FFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Date:_____                           _____
                                            Judge: